Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | |
| ADEDEJI DAVE OJABOWALE | Case No. 15-11828-RGM |
| | (Chapter 7) |
| Debtor(s). | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### APPLICATION BY TRUSTEE TO EMPLOY ATTORNEY

Kevin R. McCarthy, Trustee, represents the following:

1. He is the duly appointed Trustee.

2. Pursuant to 11 U.S.C. §327 the Trustee wishes to employ himself and his law firm, McCarthy & White, PLLC, with compensation subject to the provisions of 11 U.S.C. §330, to represent the Trustee. His current hourly rate is $425.

3. The Trustee requires the services of an attorney to assist the Trustee in selling the Debtor's co-owned properties located at 1007 McKean, Avenue, Baltimore, MD and 1900 Etting Street, Baltimore, MD, and to assist in any other legal matters that may arise.

4. To the Trustee's knowledge, he and McCarthy & White, PLLC represent no interest adverse to the estate, and have no connection with the Debtor, creditors, the United States Trustee or her employees, or other parties in interest, their respective attorneys and accountants.

5. The Trustee believes that the appointment of himself and McCarthy & White, PLLC as attorneys for the estate is in the best interests of the estate.

WHEREFORE, the Trustee requests that the attached Order be entered.

Respectfully Submitted.

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VA Bar No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2015 copies of the foregoing and the proposed order were served through the court's ECF system on all registered ECF participants who have appeared in this case.

/s/ Kevin R. McCarthy
Kevin R. McCarthy

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:                                       \*
                                             \*
ADEDEJI DAVE OJABOWALE                       \*    Case No. 15-11828-RGM
                                             \*    (Chapter 7)
                    Debtor(s).               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 2014(a) STATEMENT

KEVIN R. McCARTHY declares as follows:

1. He is an attorney duly admitted to practice before this Court and a member of the law firm to be appointed.

2. He has read the attached Application, and the representations therein are accurate.

3. To the best of his knowledge, the Applicants have no connection with the Debtor, creditors, the United States Trustee or her employees, or other parties in interest, their respective attorneys and accountants.

I declare under penalty of perjury that the foregoing is true and accurate.


Executed on    9/11/15                          /s/ Kevin R. McCarthy
                                                Kevin R. McCarthy